NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROYAL FIVE HOSPITALITY, INC., )
)
    Appellant/Cross-Appellee, )
)
v. )    Case No. 2D18-981
)
DOCKSIDE SPORTS BAR, LLC, )
)
    Appellee/Cross-Appellant. )
)

Opinion filed November 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Pasco County; Declan P. Mansfield,
Judge.

R. Nathan Hightower of Nathan
Hightower, P.A., Clearwater, for
Appellant/Cross-Appellee.

Jonathan Northington of Davis Basta
Law Firm, P.A., Palm Harbor, for
Appellee/Cross-Appellant.


PER CURIAM.


      Affirmed.


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.